```
                                                            FILED
                                                        BILLINGS, MT
         IN THE UNITED STATES DISTRICT COURT           2006 MAR 15 PM 2 22
               FOR THE DISTRICT OF MONTANA             PATRICK E. DUFFY, CLERK
                     BILLINGS DIVISION                 BY_____
                                                            DEPUTY CLERK
```

HENDERSON DuVAL HOUGHTON,           )      CV-05-140-BLG-RFC
                                    )
         Plaintiff,                 )
                                    )
vs.                                 )
                                    )      ORDER
PAM BUNKI, SHANNON WIDDICOMBE,      )
CARY BRIBNOW, and MIKE SULLIVAN,    )
                                    )
         Defendants.                )
_____)

On February 10, 2006, United States Magistrate Judge Richard W. Anderson entered his Findings and Recommendation. Magistrate Judge Anderson recommends that Plaintiff's Complaint be dismissed without prejudice for failure to state a claim on which relief may be granted.

Upon service of a magistrate judge's findings and recommendation, Plaintiff had twenty (20) days to file written objections. 28 U.S.C. § 636(b)(1). In this matter, Plaintiff filed what appear to be objections in the form of a "Motion for Reasonable Accommodation," and a "Motion for Temporary Stay" on March 7, 2006. Plaintiff's objections are not well taken.

After a de novo review, the Court determines the Findings and Recommendation of Magistrate Judge Anderson are well grounded in law and fact and HEREBY ORDERS they be adopted in their entirety.

1

Accordingly, **IT IS HEREBY ORDERED** that Plaintiff's Complaint (*Doc. #1*) is DISMISSED WITHOUT PREJUDICE. The docket should reflect that Plaintiff's filing of this action counts as one strike against him, pursuant to 28 U.S.C. § 1915(g).

The Clerk of Court shall notify the parties of the making of this Order and close this case accordingly.

DATED this 15 day of March, 2006.

RICHARD F. CEBULL
UNITED STATES DISTRICT JUDGE